DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
FILIBERTO SALINAS-MARTINEZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:06-cr-0481-MCE |
| Plaintiff, | **STIPULATION AND ORDER VACATING TRIAL DATE AND SCHEDULING STATUS CONFERENCE** |
| v. | |
| FILIBERTO SALINAS-MARTINEZ, | |
| Defendant. | Date:   January 9, 2007 |
| | Time:   8:30 a.m. |
| | Judge:  Hon. Morrison C. England |


IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Filiberto Salinas-Martinez, that the dates presently scheduled for trial confirmation hearing and trial (January 9 and 24, respectively) may be vacated and a status hearing set for January 23, 2007, at 8:30 a.m.

The parties this week received a pre-plea presentence report. Defense counsel believes the report may need to be corrected in light of a recent Supreme Court opinion and that the amendment may affect resolution of the case. Additional time is therefore needed before the

1   case may be scheduled.   The parties agree that time under the Speedy

2   Trial Act should be excluded from the date of this order through the

3   status conference on January 23, 2007, pursuant to 18 U.S.C. §

4   3161(h)(8)(A) and (B)(iv)(Local Code T4).

5                                    Respectfully submitted,

6                                    DANIEL J. BRODERICK
                                     Federal Defender
7

8   Dated: January 4, 2007           /s/ T. Zindel
                                     TIMOTHY ZINDEL
9                                    Assistant Federal Defender
                                     Attorney for FILIBERTO SALINAS
10
                                     McGREGOR SCOTT
11                                   United States Attorney

12
    Dated: January 4, 2007           /s/ T. Zindel for M. Beckwith
13                                   MICHAEL BECKWITH
                                     Assistant U.S. Attorney
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# O R D E R

The trial confirmation hearing and trial dates are vacated and a status conference is scheduled for January 23, 2007, at 8:30 a.m.  The Court finds that a continuance is necessary to give counsel time to complete the tasks noted above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through January 23, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: January 8, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE