1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   FILIBERTO SALINAS-MARTINEZ

7

8

9               IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,        ) No. 2:06-CR-481 MCE
                                    )
14              Plaintiff,          )
                                    ) **STIPULATION AND ORDER**
15      v.                          )
                                    )
16 FILIBERTO SALINAS-MARTINEZ,      )
                                    ) Date:  January 6, 2011
17              Defendant.          ) Time:  2:00 P.m.
                                    ) Judge: Morrison C. England, Jr.
18 _____  )

19

20      IT IS HEREBY STIPULATED AND AGREED between defendant, FILIBERTO

21 SALINAS-MARTINEZ, and plaintiff, United States of America, by and through

22 their attorneys, that the status conference scheduled on January 6, 2011

23 at 2:00 p.m. and the preliminary examination scheduled on January 27,

24 2011 at 2:00 p.m. be vacated and a admit/deny hearing be set on January

25 6, 2011 at 9:00 a.m.

26      The parties stipulate that for the purpose of computing time under

27 the Speedy Trial Act, the Court should exclude time from the date of this

28

order until January 6, 2011, under 18 U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4] to allow the parties to discuss a resolution of this case.

Respectfully Submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: December 30, 2010      /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for FILIBERTO SALINAS-MARTINEZ


BENJAMIN B. WAGNER
United States Attorney

Dated: December 30, 2010      /s/  T. Zindel for M. Beckwith
MICHELE BECKWITH
Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: January 4, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE