1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

   Attorney for Defendant
6  FILIBERTO SALINAS-MARTINEZ

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12
   UNITED STATES OF AMERICA,      ) No. 2:06-cr-00481-MCE
13                                )
                    Plaintiff,    )
14                                ) **STIPULATION AND ORDER**
        v.                        ) **CONTINUING DISPOSITION HEARING**
15                                )
   FILIBERTO SALINAS-MARTINEZ,    )
16                                ) Date:  February 3, 2011
                    Defendant.    ) Time:  9:00 a.m.
17                                ) Judge: Hon. Morrison C. England
   _____)
18

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

21 of America, and defendant, Filiberto Salinas-Martinez, that the hearing

22 re disposition re supervised release violation may be continued from

23 February 3, 2011, to April 7, 2011, at 9:00 a.m.

24      Mr. Salinas has asked defense counsel to take extra time to

25 determine whether there is any chance he may be able to adjust his

26 immigration status in the future.

27 ///

28 ///

Because his violation involved an attempt to reenter the U.S. illegally, the results of counsel's review may bear on factors the Court must consider when addressing the violation.  Mr. Salinas is willing to remain in local custody at the Sacramento County jail pending counsel's review.

                                            Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

Dated:  February 2, 2011          /s/ T. Zindel
                                            TIMOTHY ZINDEL
                                            Assistant Federal Defender
                                            Attorney for FILIBERTO SALINAS

                                            BENJAMIN B. WAGNER
                                            United States Attorney

Dated:  February 2, 2011          /s/ T. Zindel for M. Beckwith
                                            MICHELE BECKWITH
                                            Assistant U.S. Attorney

**O R D E R**

The disposition hearing is continued to April 7, 2011, at 9:00 a.m.

IT IS SO ORDERED.

Dated: February 4, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stip. re F. Salinas-M.                -2-