DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FILIBERTO SALINAS-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:06-cr-00481-MCE |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING DISPOSITION HEARING** |
| FILIBERTO SALINAS-MARTINEZ, | |
| Defendant. | Date: May 5, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Filiberto Salinas-Martinez, that the hearing re disposition re supervised release violation may be continued from May 5, 2011, to June 9, 2011, at 9:00 a.m.

Mr. Salinas has asked defense counsel to take extra time to determine whether there is any chance he may be able to adjust his immigration status in the future.

///

///

Because his violation involved an attempt to reenter the U.S. illegally, the results of counsel's review may bear on factors the Court must consider when addressing the violation.  Mr. Salinas is willing to remain in local custody at the Sacramento County jail pending counsel's review.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  May 3, 2011       /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for FILIBERTO SALINAS

BENJAMIN B. WAGNER
United States Attorney

Dated:  May 3, 2011       /s/ T. Zindel for M. Beckwith
MICHELE BECKWITH
Assistant U.S. Attorney

**O R D E R**

The disposition hearing is continued to June 9, 2011, at 9:00 a.m.

IT IS SO ORDERED.

Dated: May 4, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE